IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD S. CLARK,

 Plaintiff,

vs.               Case No. 3:14-cv-0287

NATIONAL RECOGNITION
PRODUCTS, INC.

 Defendants.

### ORDER OF DISMISSAL: TERMINATION ENTRY

  The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

  The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

  **IT IS SO ORDERED.**

November 12, 2015          _/s/ Walter H. Rice_____
                 WALTER H. RICE, JUDGE
                 UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record